SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
705 S. 9th St. Ste. 104
Tacoma, WA 98405
Telephone: 206-529-5195
Facsimile: 253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

THE HONORABLE JUDGE BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHARLES ALBERT LAW,<br><br>        Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>        Defendants. | NO. 3:21-cv-5924-RJB<br><br>**STIPULATED MOTION FOR MODIFICATION OF DEADLINE**<br><br>**NOTE ON MOTION CALENDAR: JUNE 30, 2022** |

## I. STIPULATED MOTION

Pursuant to Local Civil Rule 10(g), Plaintiff and Defendants (collectively, the "Parties") respectfully request and stipulate to the following modification of the Court's February 9, 2022 Order (Dkt. 22):

Modify the deadline for disclosure of Expert Witness Disclosures and Reports from July 27, 2022 to August 19, 2022; Modify the deadline for FILING Discovery and Expert motions from September 6, 2022 to September 8, 2022.

## II. AUTHORITY AND ARGUMENT

Federal Rule of Civil Procedure 16(b) provides that a district court's scheduling order may only be modified upon a showing of "good cause" and with the judge's consent. *See also*

STIPULATED MOTION FOR
MODIFICATION OF DEADLINE
3:21-cv-5924-RJB

1

Law Office of SaraEllen Hutchison, PLLC
705 S. 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

*Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992). A party demonstrates good cause for the modification of a scheduling order by showing that, even with the exercise of due diligence, he or she was unable to meet the timetable set forth in the order. *Id.* at 609. A district court has broad discretion in supervising the pretrial phase of litigation and its decision to modify a scheduling order will not be disturbed unless there is evidence of a clear abuse of discretion. *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1088 (9th Cir. 2002).

Here, the parties are working diligently and are in regular communication to resolve the case without time and expense of additional litigation, including investing in experts. Discovery is well underway in this matter. Due to the complexity of this case, which is identity theft, and the travel and scheduling conflicts of counsel, the parties need a modest extension of time for the Expert Disclosure/Report deadlines and motion deadline.

The parties believe this is good cause for the requested extensions.

Dated this 30th day of June, 2022, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
705 S. 9th St. Ste. 104
Tacoma, WA 98405
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

STIPULATED MOTION FOR MODIFICATION OF DEADLINE
3:21-cv-5924-RJB

2

Law Office of SaraEllen Hutchison, PLLC
705 S. 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

S//Angela M. Taylor
Angela M. Taylor, CASBA No. 210425
*Admitted Pro Hac Vice*
JONES DAY
3161 Michelson Drive, Ste. 800
Irvine, California 92612
Telephone: 949.851.3939
Email: angelataylor@jonesday.com

S//Rachel D. Groshong
Rachel D. Groshong, WSBA No. 47021
STOEL RIVES
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Email: rachel.groshong@stoel.com

*Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.*

S//Christopher M. Reed
Christopher M. Reed, Esq. WSBA #35477
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7096
Telephone: 206-682-7090
Fax: 206-625-9534
E-Mail: creed@mpba.com

*Local Counsel for Defendant Trans Union, LLC*

S//Scott E. Brady
Scott E. Brady, Esq. (IN #30534-49)
(Admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400, Ext. 106
Fax: (317) 363-2257
E-Mail: sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

STIPULATED MOTION FOR
MODIFICATION OF DEADLINE
3:21-cv-5924-RJB

3

Law Office of SaraEllen Hutchison, PLLC
705 S. 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

S//Andrew R. Escobar
Andrew R. Escobar (WSBA# 42793)
Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 30th day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered ECF participants in this case.

Dated this 30th day of June, 2022 at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATED MOTION FOR
MODIFICATION OF DEADLINE
3:21-cv-5924-RJB

4

Law Office of SaraEllen Hutchison, PLLC
705 S. 9th St. Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com