SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
705 S 9TH ST STE 104
Tacoma, WA 98405
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

THE HONORABLE JUDGE BRYAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| CHARLES ALBERT LAW,<br><br>          Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al,<br><br>          Defendants. | NO. 3:21-cv-5924-RJB<br><br>NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND TRANS UNION LLC |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION**

PLEASE TAKE NOTE THAT Plaintiff, CHARLES ALBERT LAW, and Defendant, TRANS UNION LLC ("Trans Union") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Trans Union in this action. Plaintiff and Trans Union anticipate that the performance of the terms of the settlement agreement will be completed within 30 days of the date of this notice, by which time Plaintiff and Trans Union shall file a Stipulation of Dismissal with Prejudice of Trans Union only from this action.

RESPECTFULLY SUBMITTED AND DATED this 1st day of August, 2022.

 S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)

NOTICE OF SETTLEMENT BETWEEN
PLAINTIFFS AND TRANS UNION
No. 3:21-cv-5924-RJB

1

Law Office of SaraEllen Hutchison, PLLC
705 S 9th St. Ste 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 1st day of August, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 1st day of August, 2022 at Tacoma, Washington.

S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
705 S. 9th St., Ste. 104
Tacoma, WA 98405
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

Counsel for Plaintiff

NOTICE OF SETTLEMENT BETWEEN
PLAINTIFFS AND TRANS UNION
No. 3:21-cv-5924-RJB

2

Law Office of SaraEllen Hutchison, PLLC
705 S 9th St. Ste 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com